■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE GALARZA, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Donnelly, J.), rendered February 20, 1980, convicting him of manslaughter in the first degree, upon a jury verdict, and imposing sentence. Judgment affirmed. The errors complained of are either unpreserved or without merit. We decline to exercise our interest of justice jurisdiction. Mollen, P. J., Lazer, Mangano and Brown, JJ., concur.